Gregory J. Sanders, USB No. 2858
Sarah C. Vaughn, USB No. 14615
KIPP AND CHRISTIAN, P.C.
10 Exchange Place, 4th Floor
Salt Lake City, Utah  84111
Telephone: (801) 521-3773
gjsanders@kippandchristian.com
sclancy@kippandchristian.com

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TYLER WEBER; TRACY SARNO; JANET YEILDING; and JANAYE KEARNS,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND RANCH ACADEMY, a Utah corporation; and DOES I through X, inclusive,<br><br>Defendants. | Case No. 2:14cv00884<br><br>**REQUEST TO SUBMIT FOR DECISION**<br><br>Magistrate Dustin B. Pead |

Pursuant to DUCivR 7-3, Defendant, by and through counsel, requests a decision on Defendant's Motion to Dismiss.

The following filings relate to this motion:

1. Diamond Ranch Academy's Motion and their Memorandum in Support thereof; filed on February 2, 2015.

2. Plaintiff's Opposition to Diamond Ranch Academy's Motion to Dismiss filed on March 9, 2015.

3.	Diamond Ranch Academy's Reply in Support of Motion to Dismiss filed on March 12, 2015.

Defendant's Motion to Dismiss has been fully briefed and is now ripe for decision. Defendant requests the motion be submitted for decision and that a hearing be set on the matter.

**DATED** this 28th day of April, 2015.

                                KIPP AND CHRISTIAN, P.C.


                                  /s/ Sarah C. Vaughn
                                GREGORY J. SANDERS
                                SARAH C. VAUGHN
                                Attorneys for Diamond Ranch Academy

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2015, I caused a true and correct copy of the foregoing **REQUEST TO SUBMIT** to be e-filed through the United States District Court to the following:

>Thomas M. Burton
>Post Office Box 1619
>Salt Lake City, Utah 8410

                                            /s/ Cheryl Browning